CLIFFORD H. PEARSON (Bar No. 108523)
cpearson@pswlaw.com
DANIEL L. WARSHAW (Bar No. 185365)
dwarshaw@pswlaw.com
MATTHEW A. PEARSON (Bar No. 291484)
mapearson@pswlaw.com
MICHAEL H. PEARSON (Bar No. 277857)
mpearson@pswlaw.com
**PEARSON, SIMON & WARSHAW, LLP**
15165 Ventura Boulevard, Suite 400
Sherman Oaks, California 91403
Telephone: (818) 788-8300
Facsimile:  (818) 788-8104

*Counsel for Non-Party Keith Bruce*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNITED STATES SOCCER FEDERATION,<br><br>Movant,<br><br>vs.<br><br>FCSF, LLC (SAN FRANCISCO DELTAS),<br><br>Respondent. | CASE NO. 3:19-mc-80045-SK<br><br>[Underlying Action Pending in the United States District Court for the Eastern District of New York, Case No. 1:17-cv-05495<br><br>**DECLARATION OF MATTHEW A. PEARSON IN SUPPORT OF UNITED STATES SOCCER FEDERATION, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF UNITED STATES SOCCER FEDERATION, INC.'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS FROM FCSF, LLC** |

I, Matthew A. Pearson, declare as follows:

1. I am an attorney at the law firm of Pearson, Simon & Warshaw, LLP, co-counsel for Keith Bruce, a third party who produced documents in the underlying action pending in the United States District Court for the Eastern District of New York, Case No. 1:17-cv-05495 (the "Underlying Action"). I am an attorney in good standing in the state of California and admitted to practice before this Court.

2. I make this declaration, pursuant to Civil Local Rule 79-5(e), in support of United States Soccer Federation, Inc.'s ("USSF") Motion to File Under Seal Portions of USSF's Motion to Compel Production of Documents from FCSF, LLC.

3. I have personal knowledge of the facts stated herein, and if called as a witness, I could and would competently testify thereto under oath.

4. In 2017, Mr. Bruce was hired as a consultant for NASL. As a consultant for NASL, Mr. Bruce received confidential and sensitive business information relating to the operation of NASL's business. Mr. Bruce produced such documents to USSF in the Underlying Action, including Exhibits F, H, and I to the Declaration of Katherine M. Larkin-Wong in support of USSF's Motion to Compel Production of Documents from FCSF, LLC (the "MTC Declaration"). Specifically, Exhibits F, H, and I include confidential and sensitive information about NASL's (i) broadcast opportunities and strategies with third-parties; (ii) internal governance and committees; and (iii) expansion activities and strategies with third parties.

5. Compelling reasons exist to seal Exhibits F, H, and I to the MTC Declaration because Mr. Bruce understands that NASL maintains confidentiality over, and does not publicize, sensitive business information relating to the operation of NASL's business, including any information about its internal governance or its expansion and broadcast opportunities. Nor has Mr. Bruce publicized any of the information in these documents.

6. Moreover, public disclosure of this information may cause competitive harm to other third-parties such as the broadcasters and potential expansion groups that are discussed within the documents sought to be sealed.

7. The same compelling reasons exist to seal those portions of USSF's Motion to Compel Production of Documents from FCSF, LLC and MTC Declaration describing the contents of Exhibits F, H, and I. *See* Mot. to Compel, 6-7; MTC Decl. ¶¶ 15, 17-18).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 28, 2019 in Sherman Oaks, California.

*/s/ Matthew A. Pearson*
MATTHEW A. PEARSON

PEARSON, SIMON & WARSHAW, LLP
15165 VENTURA BOULEVARD, SUITE 400
SHERMAN OAKS, CALIFORNIA 91403

903189.1                                    3                           3:19-mc-80045-SK
DECLARATION OF MATTHEW A. PEARSON IN SUPPORT OF USSF'S, ADMINISTRATIVE MOTION TO SEAL PORTIONS OF MOTION TO COMPEL PRODUCTION OF DOCUMENTS FROM FCSF, LLC

# CERTIFICATE OF SERVICE

I Matthew A. Pearson, hereby certify that on February 28, 2019, the foregoing document(s) described as**: (1) DECLARATION OF MATTHEW A. PEARSON IN SUPPORT OF UNITED STATES SOCCER FEDERATION'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF UNITED STATES SOCCER FEDERATION'S MOTION TO COMPEL DOCUMENTS FROM FCSF, LLC; and (2) PROPOSED ORDER** were served upon the following counsel, in the manner described below:

**By ECF:**

Katherine Maureen Larkin-Wong
Christopher S. Yates
Latham & Watkins LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 9411-6538
Phone: 415-391-0600
Fax: 415-395-8095
Email: katherine.larkin-wong@lw.com
Email: chris.yates@lw.com

*Counsel for United States Soccer Federation, Inc.*

**By Mail:**

Patrick S. Thompson
Perkins Coie LLP
505 Howard Street, Suite 1000
San Francisco, CA 94105

*Counsel for FCSF, LLC*

Dated: February 28, 2019

/s/ *Matthew A. Pearson*
Matthew A. Pearson

PEARSON, SIMON & WARSHAW, LLP
15165 VENTURA BOULEVARD, SUITE 400
SHERMAN OAKS, CALIFORNIA 91403